NUMBER 13-01-771-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


BRENDA LYNDA RESENDEZ, Appellant,


v.



WHATABURGER, INC., Appellee.

____________________________________________________________________


On appeal from the 117th District Court


of Nueces County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Hinojosa, Yañez, and Garza


Opinion Per Curiam


 Appellant, BRENDA LYNDA RESENDEZ, perfected an appeal from a judgment
entered by the 117th District Court of Nueces County, Texas, in cause number 01-4385-B. The appeal was ordered abated on April 25, 2002, pending the resolution of
the trial and appellate issues involved in cause number 00-2772-B styled Brenda Lynda
Resendez v. Juan Jose Alvarado pending in the 117th District Court of Nueces County,
Texas (the "Alvarado Lawsuit"). Appellee has now filed a motion to lift abatement and
dismiss. In its motion, appellee states that both the trial and appellate issues in the
Alvarado Lawsuit have been resolved. Appellee states that the present appeal has
become moot and requests that this Court lift the abatement and dismiss the appeal.

 The Court, having considered the documents on file and appellee's motion to
lift abatement and dismiss appeal, is of the opinion that the motion should be granted. 
Appellee's motion to lift abatement and dismiss is granted. The appeal is ordered
REINSTATED and is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 9th day of October, 2003.